IT IS SO ORDERED.

Dated: February 27, 2012
      09:28:58 AM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO-YOUNGSTOWN
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: **SUE A. MCQUEENEY-CONROY** | ) | CASE NO. **11-43645** |
| | ) | JUDGE **KAY WOODS** |
| | ) | CHAPTER **13** |
| Debtor(s) | ) | |
| ************************** | ) | |
| **SUE A. MCQUEENEY-CONROY** | ) | Adversary Proceeding No. **12-4015** |
| Plaintiff(s), | ) | |
| vs. | ) | |
| **THE CHASE MANHATTAN BANK, AS INDENTURE TRUSTEE** | ) | |
| Defendant(s). | ) | |

**AGREED ORDER**

This matter is before the court on the Complaint of the Plaintiff and the agreement reached between Plaintiff

and the sole Defendant, The Chase Manhattan Bank, as Indenture Trustee that resolves all issues set forth in Plaintiff's Complaint. Based on the allegations set forth in the Complaint, the agreement reached between the parties and for cause shown, the Court finds and it is ORDERED, ADJUDGED AND DECREED as follows:

1. Defendant The Chase Manhattan Bank as Indenture Trustee's (now being serviced by GMAC Mortgage, LLC by virtue of an unrecorded assignment) second mortgage on Debtor's real property known as 719 Main Street, Conneaut, Ashtabula County, Ohio 44030 (PPN:12-108-00-001-00) is wholly unsecured, shall be void to the extent that it is a lien upon Debtor's property, and said creditor shall be paid as unsecured in accordance with the Debtor's Chapter 13 Plan.

2. Upon completion of the Chapter 13 Plan and discharge of the Debtor, Defendant Chase Manhattan Bank as Indenture Trustee and/or its assigns will release its lien against Debtor's real property known as 719 Main Street, Conneaut, Ashtabula County, Ohio 44030 (PPN:12-108-00-001-00) within thirty (30) days of the discharge order.

3. In the event that Creditor fails to release its mortgage lien, Debtor may file this Agreed Entry with the Ashtabula County Recorder and this Entry shall act as a

release of the Mortgage in favor of Chase Manhattan Bank as Indenture Trustee, recorded in the Ashtabula County Recorder's Office Official Record Book 165, Page 2649; that assigned a Mortgage in favor of Source One Mortgage Services Corporation, recorded in Ashtabula County Recorder's Office Official Record Book 111, Page 1739.

4. In the event that this bankruptcy is dismissed prior to its completion, or converted to any other case under Title 11 of the United States Code, this Agreed Order shall be null and void and the Creditor shall retain all rights under the note and mortgage, including its secured mortgage lien status.

5. Each party shall bear their own respective attorney's fees and costs associated with this adversary proceeding.

**IT IS SO ORDERED**

### 

Submitted by:

/s/ Robert L. Herman
ROBERT L. HERMAN (0059617)
Attorney for the Plaintiff

The Chase Manhattan Bank as
Indenture Trustee

/s/ Steven H. Patterson
STEVEN H. PATTERSON (0073452)
Attorney for GMAC Mortgage, LLC
Assignee of The Chase Manhattan
Bank as Indenture Trustee

**COPIES TO:**

MICHAEL A GALLO ESQ
20 FEDERAL PLAZA W STE 602
YOUNGSTOWN OH 44503

ROBERT L HERMAN ESQ
PO BOX 21
KINSMAN OH 44428

STEVEN H PATTERSON ESQ
LERNER SAMPSON & ROTHFUSS
PO BOX 5480
CINCINNATI OH 45201-5480